UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Hon. Katherine S. Hayden

v. : Crim. No. 04-00841-001

ANDRE STONE : O R D E R

This matter having come before the Court on the petition (the "Petition") of the United States Probation Office for a hearing regarding the alleged failure of defendant Andre Stone (Lisa Mack, AFPD, appearing) to comply with certain conditions of supervised release; and the defendant, Andre Stone, having pled guilty on July 1, 2010 in the Superior Court of New Jersey, Hudson County, to possession of a controlled dangerous substance with intent to dispense or distribute within 1000ft of school property (the "Offense"); and the Offense constituting Violation Number 1 of the Petition; and the defendant having not yet been sentenced in the Superior Court, Hudson County, in connection with the Offense,

IT IS on this ____ day of _____, 2012,

**ORDERED** that the hearing regarding defendant Andre Stone's alleged failure to comply with certain conditions of supervised release is hereby adjourned pending defendant's completion of any term of imprisonment imposed by the Superior Court of New Jersey, Hudson County, in connection with the Offense; and

**IT IS FURTHER ORDERED** that defendant Andre Stone shall be placed in the custody of the State of New Jersey, Department of Corrections, as soon as is practicable.

_____
HONORABLE KATHARINE S. HAYDEN
United States District Judge