UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Hon. Katharine S. Hayden

v. : Crim. No. 04-00841-001

ANDRE STONE : O R D E R

This matter having come before the Court on the petition (the "Petition") of the United States Probation Office for a hearing regarding the alleged failure of defendant Andre Stone (Lisa Mack, AFPD, appearing) to comply with certain conditions of supervised release; and the Court having conducted such hearing and having found that the defendant, Andre Stone, violated the conditions of supervised release by committing a criminal offense under New Jersey law, namely, possessing a controlled dangerous substance with intent to dispense or distribute within 1000ft of school property (the "Offense"); and the Offense constituting Violation Number 1 of the Petition; and the defendant having pled guilty and been sentenced in the Superior Court of New Jersey, Hudson County, in connection with the Offense;

IT IS on this 29th day of November, 2012, ORDERED THAT:

1. Defendant is hereby adjudged guilty of violating the terms of his supervised release;

2. Defendant's supervised release is hereby REVOKED;

3. Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 36 months. The defendant shall remain in custody pending service of sentence;

4. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 13 months. All of the conditions of supervised release set forth in this Court's Amended Judgment entered on May 3, 2006 in this matter are incorporated herein; and

5. Counts 2 through 4 of the Petition for Violation of Supervised Release are hereby dismissed.

_____
HONORABLE KATHARINE S. HAYDEN
United States District Judge